1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RANDY S. LUSKEY  (CABN 240915)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: randall.luskey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 11-00468 EMC
14                                     )
          Plaintiff,                   )
15                                     )   [PROPOSED] ORDER EXCLUDING
       v.                              )   TIME FROM AUGUST 31, 2011 TO
16                                     )   OCTOBER 19, 2011
   IRVING SILVA,                       )
17                                     )
          Defendant.                   )
18  _____)

19

20        The defendant, Irving Silva, represented by George Boisseau, Esquire, and the

21  government, represented by Randy S. Luskey, Assistant United States Attorney, appeared before

22  the Court on August 31, 2011 for a status hearing.  The parties represented that defense counsel

23  had recently been provided discovery and was in the process of reviewing that discovery.

24        The Court set a further status hearing on October 19, 2011 at 2:30 p.m.  Counsel for the

25  defendant requested that time be excluded under the Speedy Trial Act between August 31, 2011

26  and October 19, 2011 because he needed that time to review the discovery and to conduct

27  necessary investigation.  The government stated it had no objection to excluding time.

28        Based upon the representation of counsel and for good cause shown, the Court finds that

ORDER EXLUDING TIME
Case No. CR 11-00468

failing to exclude the time between August 31, 2011 and October 19, 2011 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between August 31, 2011 and October 19, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between August 31, 2011 and October 19, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 10/26/11

Hon. Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 11-00468                    -2-