1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RANDY S. LUSKEY  (CABN 240915)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: randall.luskey@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,      )    No. CR 11-00468 EMC
14                                )
           Plaintiff,              )
15                                )    [PR~~OPOSE~~D] ORDER EXCLUDING
        v.                         )    TIME FROM OCTOBER 19, 2011 TO
16                                )    NOVEMBER 23, 2011
   IRVING SILVA,                   )
17                                )
           Defendant.              )
18 _____)

19

20
        The defendant, Irving Silva, represented by Dena Meierhenry, Esquire, and the
21
   government, represented by Lowell Powell, Special Assistant United States Attorney, appeared
22
   before the Court on October 19, 2011 for a status hearing.  The parties represented that defense
23
   counsel was in the process of reviewing discovery and preparing to file a motion to suppress
24
   evidence on November 23, 2011.
25
        The Court set a briefing schedule on the defendant's motion to suppress and status
26
   hearing on December 14, 2011 at 2:30 p.m.  Counsel for the defendant requested that time be
27
   excluded under the Speedy Trial Act between October 19, 2011 and November 23, 2011 because
28
   she needed the remaining period of time to review the discovery and to conduct necessary

ORDER EXLUDING TIME
Case No. CR 11-00468

1  investigation.  The government stated it had no objection to excluding time.

2  Based upon the representation of counsel and for good cause shown, the Court finds that
3  failing to exclude the time between October 19, 2011 and November 23, 2011 would
4  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds
6  that the ends of justice served by excluding the time between October 19, 2011 and November
7  23, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public
8  and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between
9  October 19, 2011 and November 23, 2011 shall be excluded from computation under the Speedy
10 Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 DATED: 10/26/11



ORDER EXLUDING TIME
Case No. CR 11-00468                      -2-