```
Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
IRVING SILVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-11-0468-EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| v. | ) | |
| IRVING SILVA, | ) | |
| Defendant. | ) | |

Upon the request of the defendant IRVING SILVA, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defense counsel is presently unavailable to consult with the defendant as he is engaged in a jury trial in the Sonoma County Superior Court,

The hearing presently scheduled for status/setting is hereby continued from February 15, 2012 at 1:45 p.m. to February 29, 2012 at 2:30 p.m., before the Hon. Edward M. Chen.

The parties agree that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

Dated: February 13, 2012

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
IRVING SILVA

1  IT IS SO STIPULATED.
2  Dated: February 13, 2012

                                            /s/
3                                           RANDEL LUSKEY
                                            Assistant United States Attorney
4

5

6                                        ORDER

7      GOOD CAUSE APPEARING, it is hereby ordered that the hearing scheduled for
8  change of status/setting be continued from February 15, 2012 at 1:45 p.m. until February 29,
   2:30 p.m.
9  2012 at 2:00 p.m., before the Hon. Edward M. Chen.
10     It is further ordered that this period is excludable time under the Speedy Trial Act
11 pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the
12 continuity of counsel.
13     IT IS SO ORDERED.
14     Dated:    2/13/12

IT IS SO ORDERED

Judge Edward M. Chen